| | |
|---|---|
| IN RE:<br>Tanya P. Strausser<br><br>            Debtor(s)<br><br>loanDepot.com, LLC<br>            Movant<br>v.<br>Tanya P. Strausser<br>Joshua G. Strausser, (Co-Debtor) and<br>Jack N. Zaharopoulos, Esquire<br>            Respondents | Chapter 13 Proceeding<br><br>Bankruptcy No. 4:24-bk-03197-MJC |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of loanDepot.com, LLC's Certification of Default pursuant to its Motion for Relief from the Automatic Stay, Doc, 82, Debtor's Objection filed in response thereto, Doc. 83, after a hearing held on August 4, 2026, and for the reasons stated on the record, it is hereby

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. § 1301 are hereby modified to permit, loanDepot.com, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 1721 Dairy Farm Road, Muncy, PA 17756 ("Property") and obtain all other relief available under non-bankruptcy law, including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the Property and ejectment.

Upon the Order being granted and entered, loanDepot.com, LLC shall have the continuing authority to contact the Debtor directly to determine intent regarding the Property and/ or to verify vacancy of the home.

It is further **ORDERED** that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED** that Fed. R. Bankr. P. 400l(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

It is further **ORDERED** that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002.1.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 4, 2026

2