# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–4 | User: AutoDocketer | Date Created: 8/4/2026 |
| Case: 4:24–bk–03197–MJC | Form ID: pdf010 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Jack N Zaharopoulos     info@pamd13trustee.com
aty    Jill Manuel–Coughlin     jill@powerskirn.com
aty    Shawn N Wright    shawn@shawnwrightlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Joshua G. Strausser    1721 Dairy Farm Rd    Muncy, PA 17756

TOTAL: 1
